THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN L. GLOVER, Defendant-Appellant.

(No. 72-259;

.Second District—May 24, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner and Adam Lutynski, of State Appellate Defender's Office, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Assistant State's Attorney, of counsel), for the People.